**Order filed November 3, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00785-CV

———————

**MICHAEL TURNER, Appellant**

**V.**

**FIRST TRANSIT, INC., Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-83468**

---

### O R D E R

No reporter's record has been filed in this case. The official court reporter for the 152nd District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On September 14, 2011, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **December 5, 2011.** If appellant fails to comply with this order, the court will dismiss the appeal for

want of prosecution.


PER CURIAM